**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Baybrook Mall, LLC

Appellate case number:    01-14-00382-CV

Trial court case number:  2013-48336

Trial court:              125th District Court of Harris County

      On May 12, 2014, relator Baybrook Mall, LLC filed a petition for writ of mandamus. The Court requests a response to the petition for writ of mandamus from real party in interest Harris County Appraisal District. The response, if any, is due to be filed with the Court no later than June 3, 2014.

      The trial court's May 5, 2014 order requiring relator "to produce the documents requested by Defendant, and supplement complete answers to Defendant's interrogatories as marked on [the March 27, 2014] order" on or before 5:00 p.m. on May 15, 2014, is stayed. *See* TEX. R. APP. P. 52.10. The stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court.

      It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                ☒ Acting individually    ☐ Acting for the Court


Date: May 13, 2014